Priority _____
Send _____
Enter _____
Closed _____
JS-5/JS-6 ✓
JS-2/JS-3 _____
Scan Only _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Carolina Davalos; Mehrdad Khorrami | **CASE NUMBER** |
| | CV 07-1667 ABC (JCx) |
| PLAINTIFF(S) | |
| v. | |
| Ray Walker; Eduardo Walker | **JUDGMENT ON THE VERDICT FOR THE PLAINTIFF(S)** |
| DEFENDANT(S). | |

This action came on for jury trial, the Honorable _Audrey B. Collins_____ District Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict,

IT IS ORDERED AND ADJUDGED that the plaintiff(s):

_Mehrdad Khorrami_____

_____

_____

recover of the defendant(s):

_Ray Walker, Eduardo Labayna_____

_____

_____

the sum of _$1.00_____, with interest thereon at the legal rate as provided by the law, and its costs of action, taxed in the sum of _____.

Clerk, U. S. District Court

Dated: _5/22/08_____

By _Angela Bridges for Daphne Alex_____
   Deputy Clerk

At: _5:00 p.m._____

cc: *Counsel of record*