# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Carolina Davalos; Mehrdad Khorrami | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV 07-1667 ABC (JCx) |
| v. | |
| Ray Walker; Eduardo Labayna | AMENDED JUDGMENT ON THE VERDICT FOR THE PLAINTIFF(S) |
| DEFENDANT(S). | |

This action came on for jury trial, the Honorable Audrey B. Collins District Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict,

IT IS ORDERED AND ADJUDGED that the plaintiff(s):

Mehrdad Khorrami

recover of the defendant(s):

Eduardo Labayna

the sum of $1.00 , with interest thereon at the legal rate as provided by the law, and its costs of action, taxed in the sum of _____.

Clerk, U. S. District Court

Dated: 6/1/08

By Angela Bridges for Daphne Alex
Deputy Clerk

At: 7:05 a.m.

cc: *Counsel of record*

CV-49 (05/98)                    JUDGMENT ON THE VERDICT FOR THE PLAINTIFF(S)